NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

OUTSIDE THE BOX INNOVATIONS, LLC (DOING BUSINESS AS UNION RICH USA),

*Plaintiff/Counterclaim Defendant-*

*Cross-Appellant,*

AND

BONAKA LIMITED, BONAKA PLASTIC MANUFACTURING CO., LTD., UNION RICH PLASTIC FACTORY, LTD.,

*Counterclaim Defendants-Appellees,*

AND

CHRISTOPHER URE, MATT WILLIAMS, TERRY KINSKEY AND LYNN MARTINEAU,

*Counterclaim Defendants,*

v.

TRAVEL CADDY, INC.

*Defendant/Counterclaimant-*

*Appellant,*

AND

ROOSTER PRODUCTS (DOING BUSINESS AS THE ROOSTER GROUP),

*Defendant/Counterclaimant.*

2009-1171, -1558

Appeals from the United States District Court for the Northern District of Georgia in case no. 1:05-CV-2482, Senior Judge Orinda D. Evans.

## ON MOTION

## ORDER

The court treats Travel Caddy, Inc.'s submission seeking clarification of the due date for its brief as a motion for an extension of time, until October 8, 2010, to file its brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

SEP 2 2 2010
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  J. Rodman Steele, Jr., Esq.
     Timothy P. Maloney, Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 2 2 2010

JAN HORBALY
CLERK